■ WELLS FARGO BANK, N.A., as Indenture Trustee under the Indenture Relating to IMH Assets Corp., Collateralized Asset-Backed Bond, Series 2004-2, Respondent, v DENISE CARNEY, Appellant, and GORDON R. HAMILTON, Intervenor-Respondent, et al., Defendants. [853 NYS2d 880]—

Order, Supreme Court, New York County (Shirley Werner Kornreich, J.), entered July 9, 2007, which, insofar as appealed from as limited by the briefs, denied defendant Denise Carney's motion to vacate a judgment of foreclosure and sale, unanimously affirmed, without costs.

The court properly found that there was no fraud, collusion, mistake, or misconduct that would permit it to set aside a sale of foreclosure in the absence of compliance with the requirements of RPAPL 1341 (*see NYCTL 1996-1 Trust v LFJ Realty Corp.*, 307 AD2d 957 [2003], *lv dismissed* 1 NY3d 622 [2004]). Carney's contention that her right of redemption continued until delivery of the referee's deed is unsupported by case law (*see GMAC Mtge. Corp. v Tuck*, 299 AD2d 315, 316 [2002]; *United Capital Corp. v 183 Lorraine St. Assoc.*, 251 AD2d 400 [1998]), and contradicted by the plain wording of RPAPL 1341, which "does not allow for a discretionary interpretation or application" (*Gabriel v 351 St. Nicholas Equities*, 168 AD2d 338, 339 [1990]). Concur—Gonzalez, J.P., Williams, Catterson and Moskowitz, JJ. [*See* 2007 NY Slip Op 32074(U).]